IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  September 24, 2014 |
| Court Reporter:       Gwen Daniel | Probation: Justine Kozak |
| | Interpreter: Marcela Salazar |

---

Criminal Action No.  14-cr-00167-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    James Candelaria

    Plaintiff,

v.

ROGELIO RODRIGUEZ-TORRES,                    Matthew Belcher

    Defendant.

---

## COURTROOM MINUTES
---

HEARING - SENTENCING - held in Durango, Colorado

10:00 a.m.      Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Candelaria

Sentencing Statement by Mr. Belcher

Defendant's Allocution

1

**ORDERED:** **The Defendant's Motion for Variant Sentence Pursuant to 18. U.S.C. § 3553(a) [31] is GRANTED.**

Defendant plead guilty to Count 1 of the Indictment on June 10, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Rogelio Rodriguez-Torres, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**ORDERED:** **The defendant's custodial sentence has been satisfied as of the date of sentencing. The Bureau of Prisons is directed to release the defendant to the custody of the United States Immigration and Customs Enforcement as soon as practicable, but in no event later than one week from today the 1st of October 2014.**

**ORDERED:** **No period of Supervised Release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance he may be subject to further federal prosecution.**

**The mandatory drug testing provisions of § 3563(a)(5) are waived because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

10:24 a.m.   Court in Recess
             Hearing concluded
             Time: 24 minutes