IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   14-cr-00167-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROGELIO RODRIGUEZ-TORRES,

    Defendant.

---

**ORDER**

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Rogelio Rodriguez-Torres is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 25th day of September 2014.

    BY THE COURT:

    Judge William J. Martínez
    United States District Judge